UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LOWELL ARNOLD,** | Case No. CV 15-3747-SJO(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **FRED FIGUEROA, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 21, 2016

_____
S. James Otero
United States District Judge